**No. 43133.**—Protests 353239–G, etc., of Geo. Shamyer & Co. (New York).

Opinion by TILSON, J. From the evidence it was found that certain items consist of Venice lace similar to that involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 43134.**—Protests 311314–G, etc., of Nicola Awad & Sons (New York).

Opinion by TILSON, J. From the evidence it was found that certain items consist of Venice lace similar to that involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 43135.**—Protests 161718–G, etc., of F. M. Jabara & Bros. (New York).

Opinion by TILSON, J. From the evidence it was found that certain items consist of filet lace similar to that involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065), Venice lace like that passed upon in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217), Alençon lace similar to that involved in *United States* v. *Caesar* (18 C. C. P. A. 106, T. D. 44067), and lace articles embroidered like those passed upon in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 43136.**—Protests 2536–K, etc., of Bamboo & Rattan Works et al. (New York).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43137.**—Protests 862478–G, etc., of Baby Dress Imports, Inc., et al. (New York).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43138.**—Protest 979176–G of Geo. E. Mallinson Importing Co. (Philadelphia).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43139.**—Protests 963967–G, etc., of F. Blumenthal & Co. et al. (New York).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.